# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05mc334

| | |
|---|---|
| SECURITY INSURANCE COMPANY ) <br> OF HARTFORD and ) <br> THE CONNECTICUT INDEMNITY ) <br> COMPANY, ) <br> ) <br> Petitioners, ) <br> ) <br> vs. ) <br> ) <br> EUGENE DENNIS, ) <br> ) <br> Respondent. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion to Appear *Pro Hac Vice* on Behalf of Petitioners filed by attorney Timothy C. Bass. Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Petitioners' motion is **ALLOWED**, and Timothy C. Bass is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: January 28, 2008

Martin Reidinger
United States District Judge